■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS JEFFERSON, Appellant. [730 NYS2d 222] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered September 17, 1998, convicting defendant, after a nonjury trial, of aggravated harassment of an employee by an inmate, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The evidence, including credible testimony concerning a threat made by defendant, clearly established that defendant intentionally squirted urine at a correction officer (*see, People v Bracey,* 41 NY2d 296). Concur—Rubin, J. P., Saxe, Buckley, Friedman and Marlow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIAS DUNCAN, Appellant. [730 NYS2d 223] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered October 5, 1998, convicting defendant, after a nonjury trial, of robbery in the third degree and criminal possession of stolen property in the fifth degree, and sentencing him, as a second violent felony offender, to concurrent terms of 2½ to 5 years and 1 year, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The court properly credited testimony from the victim concerning defendant's course of conduct before and during the taking of the victim's bicycle that, when viewed as a whole, clearly established the element of force (*see, People v Woods,* 41 NY2d 279). Concur—Rubin, J. P., Saxe, Buckley, Friedman and Marlow, JJ.